Leming *v.* Carlisle Motor Sales, Inc., Appellant.

Argued December 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Irwin Albert,* with him *Robert E. Yetter,* for appellant.

*Jon F. LaFaver,* with him *Clinton R. Weidner,* for appellees.

OPINION PER CURIAM, March 19, 1963:

The order of the Court of Common Pleas of Cumberland County is affirmed on the opinion of President Judge DALE F. SHUGHART for the court below, reported at 29 Pa. D. & C. 2d 340.